# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1182
Lower Tribunal No. F16-11280A
_____

**Mackenson Cherisme,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Mackenson Cherisme, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.